# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CASEY MARY JEAN DUFFY,**

    Plaintiff,

    v.                                        Case No. 20-CV-1616-SCD

**KILOLO KIJAKAZI,**[1]
**Acting Commissioner of Social Security,**

    Defendant.

## ORDER APPROVING STIPULATED MOTION FOR REMAND

The court **APPROVES** the parties' stipulated motion for remand, ECF No. 30. The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the court's order, the Appeals Council will remand the matter to an administrative law judge to develop the administrative record as necessary, offer the opportunity for a new hearing, issue a de novo decision, and following the sequential evaluation process, and determine whether the plaintiff is disabled.

**SO ORDERED** this 1st day of September, 2021.

_____
STEPHEN C. DRIES
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of the Social Security Administration on July 9, 2021. Accordingly, Kijakazi is substituted for Andrew M. Saul as the named defendant in this action pursuant to Fed. R. Civ. P. 25(d).